UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MANUEL RAMIREZ, | CASE NO. C19-1674-JCC |
| Plaintiff, | ORDER |
| v. | |
| STATE OF WASHINGTON *et al.*, | |
| Defendants. | |

This matter comes before the Court on the report and recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 4). Plaintiff Manuel Ramirez submits an application to proceed *in forma pauperis* and a civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. No. 1.) Plaintiff's complaint contains conclusory allegations with no support, and Judge Theiler recommends that the Court deny Plaintiff's application and dismiss the case. (*See* Dkt. Nos. 1–1 at 5–8, 4 at 1–2.) Plaintiff has not filed objections to Judge Theiler's report and recommendation, and the Court finds her analysis persuasive. The Court therefore ORDERS as follows:

1. The report and recommendation (Dkt. No. 4) is ADOPTED;
2. Plaintiff's *in forma pauperis* application (Dkt. No. 1) is DENIED;
3. This case is DISMISSED under 28 U.S.C. § 1915(e)(2)(B) without prejudice; and
4. The Clerk is DIRECTED to send copies of this order to Plaintiff and to Judge Theiler.

1       DATED this 3rd day of December 2019.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE